COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| ReadyOne Industries, Inc., | § | No. 08-15-00157-CV |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 346th District Court |
| | § | |
| Iveth Rodriguez Lopez, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2014-DCV1252) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time to file the brief until **November 6, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Alejandro Acosta, III, the Appellee's Attorney, prepare the Appellee's brief and forward the same to this Court on or before November 6, 2015.

IT IS SO ORDERED this 16th day of October, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.
(Hughes, J., not participating)